UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEREK E. GRONQUIST,<br><br>                  Plaintiff,<br><br>      v.<br><br>DANIEL WILLIAMS, *et al.*,<br><br>                  Defendants. | Case No.  C06-5543 RBL/KLS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION |

     Before the Court is Plaintiff's motion to extend the time within which to respond to Defendants' response to Plaintiff's motion for preliminary injunction. (Dkt. # 79).  Plaintiff seeks a fourteen day extension of time based on his recent transfer and access to his legal materials. (*Id.*). Defendants have filed no opposition to the motion.  The Court finds that there is no prejudice to Defendants by the granting of the short continuance and that Plaintiff's motion for an extension should be granted.

     Accordingly, Plaintiff's request for an extension of time to file a reply (Dkt. # 79) is **GRANTED.**  Plaintiff's reply shall be due no later than **October 5, 2007.**  The Clerk of the Court is directed to re-note Plaintiff's motion for preliminary injunction (Dkt. # 75) on the Court's calendar for **October 5, 2007**.

ORDER
Page - 1

1    The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

3    DATED this  17th  day of September, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2