UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEREK E. GRONQUIST,

    Plaintiff,

v.

DANIEL WILLIAMS, *et al.*,

    Defendants.

Case No. C06-5543 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation [Dkt. #101], and the remaining record, does hereby find and ORDER:

(1) Plaintiff's Objection [Dkt. #101] to the Magistrate Judge's Order Denying Plaintiff's Motions for Appointment of Expert and for Enlargement of Time [Dkt. #97] is **DENIED**.

(2) The Court adopts the Report and Recommendation;

(3) Plaintiff's motions for temporary restraining order (Dkt. # 75) is **DENIED**; and

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 14TH day of December, 2007.

        /s/ Ronald B. Leighton
        RONALD B. LEIGHTON
        UNITED STATES DISTRICT JUDGE

ORDER - 1