UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEREK E. GRONQUIST,

    Plaintiff,

  v.

DANIEL WILLIAMS, *et al.*,

    Defendants.

Case No. C06-5543 RBL/KLS

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION FOR EXTENSION OF TIME

On December 20, 2007, the Court denied Plaintiff's motion for extension of time to respond to Defendants' summary judgment motion. (Dkt. # 107). Plaintiff now files an "Objection to Magistrate's Ruling on Motions." (Dkt. # 108). In support of his objections to the Court's order, Plaintiff points to the record, which he states "clearly demonstrates the needs for discovery." *Id*.

## I. DISCUSSION

Motions for reconsideration are disfavored and will ordinarily be denied in the "absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to the court's attention earlier with reasonable diligence." Local Rule CR 7(h)(1).

The Court's denial for Plaintiff's request for additional time was based on evidence before it

ORDER - 1

1 indicating that Plaintiff's claim of illness and injury preventing him from timely responding to
2 Defendants' summary judgment were not true. (Dkt. #107). The Court also found that Plaintiff
3 provided no compelling reason to allow the reopening of discovery to allow Plaintiff to depose
4 almost all of the Defendants on the eve of summary judgment when Plaintiff had over six months to
5 conduct discovery and chose not to do so.
6     The Court finds that Plaintiff has not presented any new facts or legal authority in his
7 motion for reconsideration that could not have been presented to the Court's attention earlier with
8 reasonable diligence suggesting that reconsideration is appropriate.
9     ACCORDINGLY, it is **ORDERED:**
10     (1)    Plaintiff's motion for reconsideration (Dkt. # 108) is **DENIED**;
11     (2)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for
12 Defendants, and to the Honorable Ronald B. Leighton.
13     DATED this 30th day of January, 2008.

        Karen L. Strombom
        United States Magistrate Judge

28 ORDER - 2