1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEREK E. GRONQUIST,

                Plaintiff,

       v.

DANIEL WILLIAMS, *et al.*,

             Defendants.

Case No.  C06-5543 RBL/KLS

ORDER GRANTING
DEFENDANTS' MOTION TO
CONTINUE DATE FOR FILING
JOINT STATUS REPORT

The Court, having reviewed Defendants' motion to continue date for filing joint status

report (Dkt. # 110), and the balance of the record, does hereby **ORDER**:

(1)    Defendants' motion to continue the date for filing a joint status report (Dkt. # 110) is

**GRANTED;**

(2)    The parties shall are directed to confer and provide the Court with a joint status

report by no later than **April 11, 2008.**

(2)    The Clerk shall direct copies of this Order to Plaintiff and to counsel for Defendants.

DATED this   15th   day of February, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1