# United States District Court

WESTERN DISTRICT OF WASHINGTON

DERREK E. GRONQUIST

       v.

DANIEL WILLIAMS, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5543RBL/KLS

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The motion for summary judgment of Defendants (Dkt. #92) is **GRANTED**.

   March 11, 2008                                           BRUCE RIFKIN
Date                                                                 Clerk

                                                               *s/CM Gonzalez*
                                                               Deputy Clerk